NUMBER 13-02-562-CR




COURT OF APPEALS




THIRTEENTH DISTRICT OF TEXAS




CORPUS CHRISTI - EDINBURG


__________________________________________________________________



CLINT HOWARD , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 24th District Court 


of Jackson County, Texas.


___________________________________________________________________



MEMORANDUM OPINION




Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam




 Appellant, CLINT HOWARD , perfected an appeal from a judgment entered by the 24th District Court of Jackson County,
Texas, in cause number 97-5-5881 . Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 11th day of September, 2003 .